**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Shiv P. Singh,                                         Civ. No.: 08-423 (PJS/JJK)

           Plaintiff,

v.

Indrani Hannuman, Balgobin Singh,             **ORDER**
and Latchman Hannuman,

           Defendants.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Jeffrey J. Keyes dated August 20, 2008. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Complaint (Doc. No. 1) is **DISMISSED WITH PREJUDICE**; and

2. Plaintiff must seek permission from the Court before filing any additional suit(s) against Defendants in this Court.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 12, 2008                      s/Patrick J. Schiltz
                                                                Patrick J. Schiltz
                                                                United States District Judge